IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02385-BNB

MR. JAN F. BECKER,

    Petitioner,

v.

HUDSON, et al.,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 03 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Petitioner Jan F. Becker initiated this action by filing *pro se* a motion seeking leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. In an order filed on November 14, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Becker to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Becker to file the petition and the *in forma pauperis* motion on the proper forms. Mr. Becker was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Becker has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's November 14 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus petition is denied and the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* is denied as moot.

DATED at Denver, Colorado, this 2 day of January, 2008

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02385-BNB

Jan F. Becker
Reg. No. A399-713
Mansfield Corr. Institution
PO Box 788
1150 N. Main St.
Mansfield, OH 44901-0788

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1\3\08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk